LARSON, Respondent, v. ANDERSON, Appellant.

(263 N. W. 159.)

(File No. 7779. Opinion filed November 18, 1935.)

*Lars A. Bruce* and *Eldon W. Clark,* both of Yankton, for Appellant.

*L. A. Bridgman,* of Kennebec, and *Peterson & Barta,* of Wausa, Neb., for Respondent.

PER CURIAM. We have carefully examined appellant's record and the assignments of error, and we are of the opinion that there is evidence to support the findings, and that, as a matter of law, the respondent was entitled to the judgment entered by the trial court.

Finding no prejudicial error in the record, the order and judgment appealed from are affirmed.